UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
M E M O R A N D U M

RE:   CHRISTOPHER NABARRETTE

CASE NO.:   2:11-cr-318-APG-CWH

VIOLATION REPORT
REQUEST FOR TRANSFER OF JURISDICTION

July 7, 2014

TO:   THE HONORABLE ANDREW P. GORDON
      U.S. District Judge

On July 31, 2013, Christopher Nabarrette was sentenced by Your Honor to six (6) months custody, to run consecutively with the Sentences imposed in Nevada State Cases C284212, C284455, and C285277 and California State Case FVA1100533, followed by three (3) years of supervised release for committing the offense of Possession of a Postal Key. Supervised release commenced in the Eastern District of Michigan on December 16, 2013.

The United States Probation Office for the Eastern District of Michigan has advised our office that the offender has absconded from supervision. As such, their office is requesting transfer of jurisdiction so a warrant can be obtained from their Court. Our office concurs with this request. We have attached the appropriate Probation Form 22s for your review and signature.

Respectfully submitted,

_____
JOE NILO
United States Probation Officer

APPROVED: _____
TODD J. FREDLUND, Supervising
U.S. Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0978 2:11CR00318 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christopher Nabarrette<br>Mount Clemens, Michigan 48043 | District of Nevada | Las Vegas |
| | NAME OF SENTENCING JUDGE<br>Honorable Andrew P. Gordon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/16/2013 — TO 12/15/2016 |

**OFFENSE**
Count 1: 18 USC § 1704 – Possession of a Postal Key

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 8, 2014
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern District of Michigan

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge